FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON GARCIA-ORTIZ,<br><br>Defendant. | No. 2:22-CR-00030-WFN-1<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 26)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 26**. Defendant recites in his motion that United States Probation and the United States have no objection to Defendant's motion.

Specifically, Defendant is requesting the Court to strike Condition No. 18 requiring him to participate in a program of GPS Monitoring pursuant to the Order Following Detention Hearing on Indictment, ECF No. 19.

The Court, finding good cause, **IT IS ORDERED**:

1. Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 26**, as it relates to removal of the GPS is **GRANTED**. **Condition No. 18, ECF No. 19, GPS Monitoring, is STRICKEN.**

ORDER - 1

2. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 28, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2